UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLUTIONS ARCHITECTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NORSTAN COMMUNICATIONS INC.,<br><br>    Defendant. | C20-1802 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for partial summary judgment, docket no. 12, is RENOTED to **June 11, 2021**. Plaintiff's motion will be considered together with Defendant's cross-motion for partial summary judgment, docket no. 15, which is noted for June 11, 2021. Plaintiff's reply in support of its motion, docket no. 12, shall be filed on or before the new noting date. All other briefing and supporting documents shall be filed in accordance with Local Civil Rule 7(d).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1